**636 - 6th Floor East Courtroom, 9:00 A.M.**            **Wednesday, May 3, 2023**

**Moore, Clay, Gibbons**

**21-2845     Stephen Kares v. Bryan Morrison, Warden**

Stephen J. Kares                                                           ret     Brendan Casey Bernicker
                                                                                   *3 Minutes Rebuttal*
   **Petitioner - Appellant**

                                        **V.**

Bryan Morrison, Warden                                                     ret     Linus Richard Banghart-Linn

   **Respondent - Appellee**

*C. Anthony Milton, Courtroom Deputy*

Petitioner appeals the denial of his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. Section 2254.   (15 Minutes Per Side)